UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 AUG 19 PM 3: 15

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 3:15-009 |
| OSARHIEME UYI OBAYAGBONA | |

## ORDER

As requested through a Motion by the United States, IT IS ORDERED that the Indictment against the Defendant in the above-referenced matter is DISMISSED, without prejudice.

IT IS SO ORDERED on August 19th, 2015.

Honorable Dudley H. Bowen Jr.
United States District Judge
Southern District of Georgia